# United States Court of Appeals
# for the Fifth Circuit

---

No. 22-50246
Summary Calendar

---

United States Court of Appeals
Fifth Circuit

**FILED**

December 22, 2022

Lyle W. Cayce
Clerk

Nancy Alanis,

*Plaintiff—Appellant*,

*versus*

Wells Fargo Bank, N.A.; Wells Fargo Bank, National Association, As Trustee for The Pooling and Servicing Agreement Dated as of October 1, 2006 Securitized Asset Backed Receivables LLC Trust 2006-NC3 Mortgage Pass-Through Certificates, Series 2006-NC3; Mackie Wolf Zientz & Mann, P.C, As Debt Collector; Mark D. Cronenwett; Richard Dwayne Danner,

*Defendants—Appellees*.

---

Appeal from the United States District Court
for the Western District of Texas
USDC 5:21-CV-1261

---

Before Jones, Stewart, and Haynes, *Circuit Judges*.

Per Curiam:*

Nancy Alanis appeals the district court's orders (1) granting Defendants' motions to dismiss and denying her motion to amend her complaint, (2) granting Defendants' motion to declare her a vexatious litigant, and (3) denying her motion to alter the judgment. Alanis's dismissed suit is at least her sixth in eleven years against Defendants and her second in federal court. All concern the same foreclosure dispute.

The court has carefully considered this appeal in light of the briefs, the record, and the opinions of the district court. Having done so, we find no reversible error of fact or law and AFFIRM for essentially the reasons stated in the district court's thorough and well-reasoned opinions.

Accordingly, Alanis's numerous pending motions are DENIED AS MOOT.

---

* Pursuant to 5th Circuit Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Circuit Rule 47.5.4.